UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GREGORY DWIGHT HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:13-cv-00310-JMS-MJD |
| ) | |
| IMPD Indianapolis Metropolitan Police ) | |
| Department, ) | |
| 5 UNKNOWN PATROL OFFICERS, ) | |
| ) | |
| Defendants. ) | |

**Entry Dismissing Action and Directing Entry of Final Judgment**

Gregory Dwight Harris' civil rights complaint was screened pursuant to 28 U.S.C. § 1915A in the Entry of August 29, 2013. In that Entry this Court held that the complaint was barred by the statute of limitations because the relevant events all occurred more than five years ago. In addition, even if the claims were brought within the relevant time period, they failed to state a claim upon which relief may be granted against any of the named defendants. Harris was given an opportunity to show cause why Judgment consistent with that Entry should not issue or to file an amended complaint correcting the noted deficiencies. His response was filed on September 11, 2013. In that response, Harris admits that he "did in fact know his civil rights had been violated the night of February 29, 2008." Dkt. 5 at p. 2. He also states the he needs discovery in order to provide the factual basis for his claims. Under these circumstances, the Court made a correct determination in the August 29, 2013, Entry that this action is time barred and should be dismissed. Given the admissions above, any further opportunities to amend the complaint would be futile.

This action is dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b). Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 09/13/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

GREGORY DWIGHT HARRIS
DOC # 910726
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Hwy 40
Greencastle, IN 46135